PEOPLE, Respondent, v VINCENT CIFFA, Appellant.—Motion granted and appeal dismissed on ground that defendant waived right to appeal. Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.

PEOPLE EX REL. WILLIAM SCHANK, Respondent, v JOHN BENTLEY, as Sheriff, Appellant.—Motion to dismiss appeal denied as unnecessary; application for relief of abandonment and dismissal denied as untimely *(see,* 22 NYCRR 1000.3 [b] [2] [ii]). Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.